No. 995. SMALL *v.* UNITED STATES. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Max H. Margolis* for petitioner. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 999. PRESSED STEEL CAR Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Earl F. Reed* for petitioner. *Solicitor General McGrath, Sewall Key, Helen R. Carloss* and *William Robert Koerner* for respondent.

No. 1001. ESTATE OF DUVAL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Charles A. Beardsley* for petitioners. *Solicitor General McGrath, Sewall Key* and *J. Louis Monarch* for respondent.

No. 1016. HASH *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 1017. HASH *v.* COMMISSIONER OF INTERNAL REVENUE. May 6, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Oppie L. Hedrick* for petitioners. *Solicitor General McGrath, Sewall Key* and *J. Louis Monarch* for respondent.

No. 1021. 415 FIFTH AVENUE Co., INC. *v.* FINN, TRUSTEE. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.